UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

CARMEN M. HERRERA                    B-08-10178-B

                Debtor

      IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Carmen M. Herrera, 135 Garden Village Dr., Apt. 2, Buffalo, NY 14227

      AND IT

      FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

      Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $5.01 representing unclaimed funds belonging to the above-named debtor.

Dated: September 17, 2010

                                  ALBERT J. MOGAVERO
                                  CHAPTER 13 TRUSTEE



FILED SEP 17 2010 BANKRUPTCY COURT BUFFALO, N.Y.